IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADAM SWISHER, on behalf of himself :
and all others similarly situated, :
         Plaintiff, :   1:09-cv-47
 :
v. :   Hon. John E. Jones III
 :
THE UNITED STATES OF AMERICA, :
         Defendants. :

## ORDER

### November 18, 2009

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On today's date, we issued a Memorandum and Order denying the United States' Motion to Dismiss (Doc. 20). At the case management conference held in this case on August 31, 2009, we declined to place this case on our trial calendar in light of the pending Motion to Dismiss. We also stayed discovery in this matter pending the resolution of the Motion.

In light of our denial of the Motion, this case must now be placed on a trial term. The stay of discovery shall also be lifted. We shall order counsel for the parties to file, within ten (10) days of the entry of this Order, a stipulation to a trial term with attendant filing deadlines. For the convenience of counsel, we have attached a copy of our trial calendar for 2010 and 2011 for guidance.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The stay of discovery is **LIFTED**.

2. The parties shall file a stipulation to a trial month within ten (10) days of the date of this Order.

      _____
      John E. Jones III
      United States District Judge

**Judge Jones**
**2010 Court Calendar**

| Trial list | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 9/15/09 | 10/1/09 | 12/1/09 | 1/5/10 |
| February | 10/15/09 | 11/3/09 | 1/4/10 | 2/3/10 |
| March | 11/16/09 | 12/1/09 | 2/1/10 | 3/2/10 |
| April | 12/15/09 | 1/4/10 | 3/1/10 | 4/6/10 |
| May | 1/15/10 | 2/2/10 | 4/5/10 | 5/4/10 |
| June | 2/12/10 | 3/2/10 | 5/3/10 | 6/2/10 |
| July | 3/12/10 | 4/1/10 | 6/1/10 | 7/2/10 |
| August | 4/15/10 | 5/3/10 | 7/1/10 | 8/3/10 |
| September | 5/14/10 | 6/1/10 | 8/2/10 | 9/3/10 |
| October | 6/15/10 | 7/1/10 | 9/1/10 | 10/4/10 |
| November | 7/15/10 | 8/3/10 | 10/1/10 | 11/2/10 |
| December | 8/13/10 | 9/1/10 | 11/1/10 | 12/3/10 |

**Case Management Conferences:**

1/27/10
2/26/10
3/31/10
4/30/10
5/28/10
6/30/10
7/30/10
8/31/10
9/29/10
10/29/10
11/30/10
12/29/10

## Judge Jones
## 2011 Court Calendar

| Trial list | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 9/15/10 | 10/1/10 | 12/1/10 | 1/5/11 |
| February | 10/15/10 | 11/3/10 | 1/4/11 | 2/2/11 |
| March | 11/16/10 | 12/1/10 | 2/1/11 | 3/2/11 |
| April | 12/15/10 | 1/4/11 | 3/1/11 | 4/4/11 |
| May | 1/14/11 | 2/2/11 | 4/1/11 | 5/3/11 |
| June | 2/11/11 | 3/2/11 | 5/2/11 | 6/3/11 |
| July | 3/11/11 | 4/1/11 | 6/1/11 | 7/5/11 |
| August | 4/15/11 | 5/3/11 | 7/1/11 | 8/2/11 |
| September | 5/13/11 | 6/1/11 | 8/1/11 | 9/5/11 |
| October | 6/15/11 | 7/1/11 | 9/2/11 | 10/4/11 |
| November | 7/15/11 | 8/3/11 | 10/3/11 | 11/2/11 |
| December | 8/12/11 | 9/1/11 | 11/1/11 | 12/5/11 |

**Case Management Conferences:**

1/31/11
2/28/11
3/30/11
4/25/11
5/31/11
6/29/11
7/29/11
8/31/11
9/30/11
10/31/11
11/30/11
12/29/11