IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN TECH, | : | No. 09cv047 |
| Plaintiff | : | Judge Jones |
| | : | |
| v | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

**ORDER**
**March 1, 2010**

It is hereby ORDERED as follows:

1. A telephonic conference call with the Court with respect to (doc. 63) is scheduled for March 9, 2010 at 1:30 p.m.

2. Attorney Chimicles shall initiate the conference call. The Court's phone number is (717)221-3986.

3. All counsel shall be ready to proceed at the time of the said call.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge